KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER                21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
JULIA NARVAEZ,                                                              DOCKET NO.:
                                                                                         07 CV 5304
                            Plaintiffs,

    -against-

100 CHURCH, LLC, 90 CHURCH STREET                             NOTICE OF
LIMITED PARTNERSHIP, AMBIENT GROUP                            APPEARANCE
INC., BELFOR USA GROUP, INC., BFP ONE
LIBERTY PLAZA CO., LLC BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC., d/b/a
BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC.,CDL NEW YORK
LLC., CUNNINGHAM DUCT CLEANING
CO., INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING P..C,
MERRILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA, LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, ONE LIBERTY
PLAZA, ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),

THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
TRC ENGINEERS, INC., WFP ONE LIBERTY
PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO,.
G.P., CORP., WORLD FINANCIAL PROPERTIES,
L.P., and ZAR REALTY MANAGEMENT CORP., ET AL.

                            Defendants.

..................................................................................x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

               CUNNINGHAM DUCT WORK s/h/i/a
               CUNNINGHAM DUCT CLEANING CO., INC.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
          January 9, 2008               Kevin G. Horbatiuk
                                                Kevin G. Horbatiuk (KGH4977)
                                                Attorneys for Defendant
                                                **CUNNINGHAM DUCT WORK s/h/i/a**
                                                **CUNNINGHAM DUCT CLEANING CO., INC.**
                                                RUSSO, KEANE & TONER, LLP
                                                26 Broadway, 28th Floor
                                                New York, New York 10004
                                                (212) 482-0001
                                                RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **JULIA NARVAEZ**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 9th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIA NARVAEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
KEVIN G. HORBATIUK