KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
JULIA NARVAEZ,                               DOCKET NO.:
                                             07 CV 5304
                      Plaintiffs,

   -against-

100 CHURCH, LLC, 90 CHURCH STREET            NOTICE OF
LIMITED PARTNERSHIP, AMBIENT GROUP           ADOPTION OF
INC., BELFOR USA GROUP, INC., BFP ONE        ANSWER TO
LIBERTY PLAZA CO., LLC BLACKMON-             MASTER COMPLAINT
MOORING STEAMATIC CATASTOPHE, INC., d/b/a
BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC.,CDL NEW YORK
LLC., CUNNINGHAM DUCT CLEANING
CO., INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING P..C,
MERRILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA, LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT CORPORATION, ONE LIBERTY
PLAZA, ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),

THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178)
TRC ENGINEERS, INC., WFP ONE LIBERTY
PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO,.
G.P., CORP., WORLD FINANCIAL PROPERTIES,
L.P., and ZAR REALTY MANAGEMENT CORP., ET AL.

Defendants.

..............................................................................x

PLEASE TAKE NOTICE, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         January 9, 2008

                                        Kevin G. Horbatiuk
                                        _____
                                        Kevin G. Horbatiuk  (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a
                                        CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIA NARVAEZ**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 9th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIA NARVAEZ**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK